IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ALVIN L. FREEMAN,** | * |
| | * |
|    Plaintiff, | * |
| | * |
| vs. | *   Civil Action No. 12-00519-B |
| | * |
| **CAROLYN W. COLVIN,** | * |
| **Commissioner of Social Security,** | * |
| | * |
|    Defendant. | * |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff's claim for a period of disability and disability insurance benefits be **AFFIRMED**.

DONE this **16th** day of **September, 2013**.

                                                  /s/ **SONJA F. BIVINS**
                                       **UNITED STATES MAGISTRATE JUDGE**